# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR413 |
| ) | |
| vs. ) | ORDER |
| ) | |
| JEFFREY N. MANTZARIS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of defendant Jeffrey N. Mantzaris (Mantzaris) to continue a hearing for a change of plea (Filing No. 21). On April 2, 2007, Mantzaris was released to an intensive inpatient treatment at Catholic Charities at the Omaha Campus for Hope. Therefore, upon consideration, Mantzaris' motion to continue his change of plea hearing will be granted.

**IT IS ORDERED:**

1. Mantzaris' motion for a continuance of a change of plea hearing (Filing No. 21) is granted.

2. Mantzaris shall appear before Chief Judge Joseph F. Bataillon for a change of plea at **1:30 p.m. on May 24, 2007**, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 2, 2007 and May 24, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge